

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-17-00752-CV

Erlinda **RODRIGUEZ**,
Appellant

v.

Johnny **NEWMAN**,
Appellee

From the 83rd Judicial District Court, Val Verde County, Texas
Trial Court No. 33215
Honorable Robert Cadena, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
                Karen Angelini, Justice
                Irene Rios, Justice

Delivered and Filed:  March 28, 2018

REVERSED AND REMANDED

On December 20, 2017, we abated this appeal in response to the parties' joint motion to abate for the purpose of settlement. Now pending before us is the parties' joint motion to reverse and remand. The parties have agreed to settle their dispute and ask that we vacate the trial court's judgment and remand this matter to the trial court.

This appeal is reinstated on the docket of the court. The parties' motion is granted. Accordingly, we "set aside the trial court's [September 5, 2017] judgment without regard to the

merits and remand the case to the trial court" for further proceedings. *See* TEX. R. APP. P. 42.1(a)(2)(B).

PER CURIAM